FILED
JUL - 3 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>ROBIN LYNN MARTIN,<br>  aka Robyn Wendy Kitt,<br>  aka Robin Lynn Kitt,<br>  aka Stephanie Anne Davich,<br><br>    Defendant. | Criminal Case No. 08cr2222-L<br><br>I N F O R M A T I O N<br><br>Title 18, U.S.C., Sec. 1544 -<br>Misuse of Passport (Felony) |

The United States Attorney charges:

On or about June 6, 2008, within the Southern District of California, defendant ROBIN LYNN MARTIN, aka Robyn Wendy Kitt, aka Robin Lynn Kitt, aka Stephanie Anne Davich, did willfully and knowingly use passport number 433084910, issued under the authority of the United States in the name of Stephanie Anne Davich, knowing full well that she was not Stephanie Anne Davich, to gain entry into the United States at the San Ysidro Port of Entry; in violation of Title 18, United States Code, Section 1544.

DATED: 7/3/08

KAREN P. HEWITT
UNITED STATES ATTORNEY

CALEB E. MASON
Assistant U.S. Attorney

CEM:pcf
6/30/08