

AO 455(Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | WAIVER OF INDICTMENT |
| v. | |
| ROBIN LYNN MARTIN, aka Robyn Wendy Kitt, aka Robin Lynn Kitt, aka Stephanie Anne Davich | CASE NUMBER: 08cr2222-L |

I, ROBIN LYNN MARTIN, aka Robyn Wendy Kitt, Robin Lynn Kitt, aka Stephanie Anne Davich, the above named defendant, who is accused of:

Title 18, U.S.C., Sec. 1544 - Misuse of a Passport

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on 7/3/08 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

FILED
JUL - 3 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

ROBIN LYNN MARTIN
Defendant

JEREMY WARREN
Counsel for Defendant

Before _____
JUDICIAL OFFICER