# MINUTES OF THE UNITED STATES DISTRICT COURT

USA v.   Robin Lynn Martin            []   08cr2222-L

_____   []   _____ []

The Honorable:   RUBEN B. BROOKS

Atty   Jeremy Warren                           for   [x]   -   RET
Atty   _____              for   []   -
Atty   AUSA: Greg Noonan                      for   []   -

Tape # RBB08-1: 929-934      (3 min)

Change of Plea Hearing not held.
Gvt's oral motion to dismiss without prejudice - granted.
Abstract issued to USM as to this case only.

Date:   07/17/08                                           _____

END OF FORM                                          by   VTL