# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | ) | CASE NUMBER 08 CR 2222-L |
|---|---|---|
| vs | ) | ABSTRACT OF ORDER |
| | ) | Booking No. _____ |
| Robin Lynn Martin | ) | |

**TO THE UNITED STATES MARSHAL AND / OR WARDEN, METROPOLITAN CORRECTIONAL CENTER:**

Be advised that under date of __7/17/08__ the Court entered the following order:

__X__ Defendant be released from custody.

_____ Defendant placed on supervised / unsupervised probation / supervised release.

_____ Defendant continued on supervised / unsupervised probation / supervised release and released from custody.

_____ Defendant released on $_____ bond posted.

_____ Defendant appeared in Court. FINGERPRINT & RELEASE.

_____ Defendant remanded and (_____ bond) (_____ bond on appeal) exonerated.

_____ Defendant sentenced to TIME SERVED, supervised release for _____ years.

_____ c.c. judgment Court of Appeals (_____ affirming) (_____ reversing) decision of this Court:

_____ dismissing appeal filed.

_____ Bench Warrant Recalled.

_____ Defendant forfeited collateral.

__X__ Case Dismissed. W/O prejudice

_____ Defendant to be released to Pretrial Services for electronic monitoring.

__X__ Other. As to this case only. D/t has been indicted in case 08 CR 2271-L

Ruben B. Brooks
**UNITED STATES MAGISTRATE JUDGE**

Received _____   W. SAMUEL HAMRICK, JR.   Clerk
DUSM
                                                     by  V. Lee
                                                        Deputy Clerk

Crim-9   (Rev 6-95)                    ☆ U.S. GPO: 1996-783-398/40151

CLERK'S COPY